**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JEFF AND JODY JENNINGS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | No. CIV-14-442-RAW |
| | § | |
| STATE FARM FIRE AND CASUALTY COMPANY, | § | |
| | § | |
| Defendant. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs, Jeff Jennings and Jody Jennings, by and through their attorney of record, and Defendant, State Farm Fire and Casualty Company, file this Stipulation of Dismissal With Prejudice because all matters in controversy have been resolved between the parties.

/s/ J. Drew Houghton
*(signed by filing attorney with permission)*
Mr. J. Drew Houghton, OBA #18080
FOSHEE & YAFFE
P.O. Box 8900420
Oklahoma City, Oklahoma 73189
Telephone:    405/232-8080
Facsimile:    405/601-1103
dhoughton@fosheeyaffe.com

MERLIN LAW GROUP

Phillip N. Sanov, Esq.
Texas State Bar No. 17635959
Three Riverway, Suite 701
Houston, Texas 77056
Telephone:    713/626-8880
Facsimile:    713/626-8881
psanov@merlinlawgroup.com

Larry Bache, Esq.
Florida State Bar No. 91304
777 S. Harbour Blvd, 9th Floor
Tampa, Florida 33602
Telephone:   813/229-1000
Facsimile:    813/229-3692
lbache@merlinlawgroup.com

**ATTORNEYS FOR PLAINTIFF**S


AND

/s/Benjamin G. Kemble
David V. Jones, OBA #19611
Benjamin G. Kemble, OBA #21006
JONES ANDREWS & ORTIZ
21 E. Main Street, Ste. 101
Oklahoma City, OK 73104
Telephone:   405/601-8713
Facsimile:    405/232-8330
dvj@jao-law.com
bkemble@jao-law.com
**ATTORNEYS FOR DEFENDANT**